**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                          CASE NO.  3:92cr3009LAC

COLIN ARANSEVIA

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on    February 24, 2009

Motion/Pleadings:  MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)

Filed by  DEFENDANT PRO SE    on  2/23/2009    Doc.#  222

RESPONSES:

                      on            Doc.#

                      on            Doc.#

_____ Stipulated  _____ Joint Pldg.
_____ Unopposed  _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)                      Deputy Clerk: Mary Maloy

## *ORDER*

Upon consideration of the foregoing, it is ORDERED this 23rd day of March, 2009, that:

(a) The relief requested is **DENIED.**

(b) The defendant was held accountable for 6.2 kilograms of cocaine base which resulted in a base offense level of 38. Pursuant to Amendment 706 to the Sentencing Guidelines, the Drug Quantity Table at §2D1.1 assigns a base offense level of 38 for 4.5 kilograms or more of cocaine base. Since the defendant's base offense level is unchanged, he is not eligible for any reduction in his sentence of imprisonment pursuant to Amendment 706.

Entered On Docket: _____ By: _____

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

*s/L.A. Collier*
***LACEY A. COLLIER***
*Senior United States District Judge*

Document No.