**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                        CASE NO. 3:92cr03009-04/LAC

COLIN ARANSEVIA

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   April 27, 2009
Motion/Pleadings: MOTION FOR RECONSIDERATION ON ORDER (DOC. 223) DENYING MOTION TO REDUCE SENTENCE RE USSC CRACK COCAINE AMENDMENT 18:3582
Filed by DEFENDANT     on 4/09/2009     Doc.# 224

RESPONSES:
None     on     Doc.#
    on     Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Jerry Marbut*

LC (1 OR 2)             Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of April, 2009, that:*
*(a) The relief requested is **DENIED**.*
*(b) 18 U.S.C. §3582(c)(2) does not authorize relitigation of drug amounts.*

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*